**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

July 17, 2017

Cathelene Robinson, Clerk
Magistrate Court of Fulton County
136 Pryor Street
C155
Atlanta, GA 30303

      Re: *Atlantic Property Mgmt, Inc. V. Gary Moore*
      Your Case No.:17ED038122

Dear Clerk:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                Sincerely,

                James N. Hatten
                District Court Executive
                and Clerk of Court

            By: /s/   Janice Micallef
                    Deputy Clerk

Enclosure
1:17-cv-2634-TCB